UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  23-cr-151 CRC

MACSEN RUTLEDGE

CONSENT MOTION TO CONVERT IN PERSON HEARING SCHEDULED FOR SEPTEMBER 5, 2023 TO A REMOTE HEARING

Counsel for the defendant, having consulted with the defendant and the Government, moves this Honorable Court to Vacate the In Person Sentencing Hearing set for the 5th day of September 2023. By the written consent of the defendant he formally waives his right to appear in person and requests the Court convert the In Person Sentencing Hearing to a Remote Hearing.

The requirement of Federal Rule of Criminal Procedure 43 (b) (2) does not mandate a defendant's presence in a Misdemeanor Case. Moreover, both Mr. Rutledge, the defendant, and AUSA Collyer are located in Upstate New York.

The defendant by this Motion gives his formal written Consent to Waive his in Person Presence and requests the the Sentencing Hearing be conducted by Remote Hearing.

**WHEREFORE** the defendant Moves this Honorable Court to Convert the Sentencing Hearing now set for September 5th, 2023 to a Remote Hearing.

Respectfully submitted,

_____/s/_____
H. Heather Shaner, DC Bar 273276
Appointed by the Court for
Macsen Rutledge
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com